**FARMERS' & MECHANICS' NAT. BANK OF FORT WORTH, Tex., Petitioner, v. W. W. WILKINSON, Trustee, Respondent.**

(Circuit Court of Appeals, Fifth Circuit. January 24, 1925.)

No. 4378.

Petition to Superintend and Revise from the District Court of the United States for the Northern District of Texas; William H. Atwell, Judge.

J. A. Templeton, of Fort Worth, Tex., G. A. Stultz, of Wichita, Kan., Clay Cooke, of Fort Worth, Tex., and W. E. Spell, of Waco, Tex., for petitioner.

Stanley Boykin and H. C. Ray, both of Fort Worth, Tex. (C. M. Conner and Capps, Cantey, Hanger & Short, all of Fort Worth, Tex., and Orestes Mitchell, of St. Joseph, Mo., on the brief), for respondent.

Before WALKER and BRYAN, Circuit Judges, and DAWKINS, District Judge.

BRYAN, Circuit Judge. Applying the decision this day announced in the case of W. W. Wilkinson, Trustee, v. J. L. Walker (No. 4346) 3 F.(2d) 872, the petition to superintend and revise in this case is denied.